MACK, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Michael J. Mack

against the Mayor, Aldermen, and Commonalty of the City of New York. L. L. Kellogg, for appellant. T. Connolly, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below. 75 N. Y. Supp. 809.